**COMMONWEALTH of Pennsylvania**

v.

**2002 HONDA ACCORD, $26,612.00 in United States Currency, (1) Dell Laptop, (6) Cell Phones, (2) Gun Cases, (8) Various Rifles, (5) Various Shotguns, (5) Various Pistols, (2) Miscellaneous Magazines, Property of Gary Paul Kuehner**

Petition of: Gary Paul Kuehner

No. 160 MAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Charles V. OLIVER, Petitioner**

No. 227 MAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal

and Motions for Leave of Court are **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Omar RODRIGUEZ, Petitioner**

No. 133 EAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.